AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Garrison Redd <br> *Plaintiff(s)* <br> v. <br> Radnet, Inc, Mid Rockland Imaging Partners, Inc., and 1790 Broadway Associates LLC <br> *Defendant(s)* | Civil Action No. 1:25-cv-00548 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

See Attached Rider for Defendants Names and Addresses.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Adam S. Hanski, Esq.
> Hanski Partners LLC
> 85 Delancey Street,
> New York, NY 10002
> Email:ash@disabilityrightsny.com  Tel: 212.248.7400

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 1/21/2025          /s/ P. Canales
                         *Signature of Clerk or Deputy Clerk*

RIDER TO PROPOSED SUMMONS

The following are the names and service addresses of the three (3) defendants for the Proposed Summons.

| |
|---|
| Radnet, Inc<br>1510 Cotner Avenue,<br>Los Angeles, CA, 90025 |
| Mid Rockland Imaging Partners, Inc.<br>c/o Corporation Service Company<br>80 State Street,<br>Albany, NY, 12207-2543 |
| 1790 Broadway Associates LLC<br>1790 Broadway<br>Suite 1700<br>New York, NY 10019 |