UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
GARRISON REDD,                                                          :
                                                                        :
                            Plaintiff,                                  :
                                                                        :          25 Civ. 548 (JPC)
            -v-                                                         :
                                                                        :          ORDER
RADNET, INC. *et al.*,                                                  :
                                                                        :
                            Defendants.                                 :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      As discussed at the conference held on April 14, 2025, and with the consent of the parties, the deadline for Defendants to assert any crossclaims against each other shall be May 25, 2025. For purposes of asserting crossclaims, this deadline supersedes the deadline in Paragraph 4 of the Case Management Plan and Scheduling Order that the Court will enter concurrently with this Order.

      SO ORDERED.

Dated: April 16, 2025
       New York, New York

                                                JOHN P. CRONAN
                                                United States District Judge